```
Case 4:15-cv-00676-A   Document 24   Filed 05/16/16   Page 1 of 2   PageID 1020
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROGELIO GUEVARA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-676-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action wherein Rogelio Guevara is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits. On April 25, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until May 9, 2016, in which to file and serve any written objections thereto. No objections were timely filed.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on July 6, 2012, plaintiff, Rogelio Guevara, is not disabled under section 216(i) or 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED May 16, 2016.

_____
JOHN McBRYDE
United States District Judge